**- RECEIPT -**    **- RECEIPT -**

# PRELUDE
BEHAVIORAL SERVICES

| 430 Southgate Avenue | 3806 Easton Blvd | 3451 Easton Blvd. |
| Iowa City, Iowa 52240 | Des Moines, IA 50317 | Des Moines, IA 50309 |
| (319) 351-4357 | (515) 953-6704 | (515) 262-0349 |

| | |
|---|---|
| Date: | 10/5/2017 |
| Receipt No: | 234928 |
| Account No: | 0 |

**Received From:** GREG JOHNSON -

**Description:** FED UA

**Amount Paid:** $5.00

**Thank You.**

1   06   11

**- RECEIPT -**    **- RECEIPT -**

# PRELUDE
BEHAVIORAL SERVICES

| 430 Southgate Avenue | 3806 Easton Blvd | 3451 Easton Blvd. |
| Iowa City, Iowa 52240 | Des Moines, IA 50317 | Des Moines, IA 50309 |
| (319) 351-4357 | (515) 953-6704 | (515) 262-0349 |

**Date:** 9/27/2017
**Receipt No:** 234710
**Account No:** 0

**Received From:** GREG JOHNSON -
**Description:** FED UA COPAY

**Amount Paid:** $5.00

**Thank You.**

1   06   11