JOHNSON, GREG
Policy Number: 1123-5387-06
SFPP - SEMI ANNUAL

| Recent Transactions | | | |
|---|---|---|---|
| Payment | $393.00 on 09/27/2017 | Paid by Visa, account number ending with 7755, amount charged $393.00 | Details |
| Payment | $420.00 on 03/06/2017 | Paid by cash | Details |

Found 2 Transactions. Displayed 1 - 2

| Bill Information | | |
|---|---|---|
| Notice of Payment Due | $393.00 due on 09/26/2017 prepared on 08/30/2017 | Details |
| Notice of Payment Due | $406.50 due on 03/26/2017 prepared on 03/01/2017 | Details |

Found 2 Bills. Displayed 1 - 2

[Close] [Back]

For internal use only. Nothing contained in this site shall be disclosed outside State Farm unless proper authorization is obtained

Property Taxes Paid in full and Insurance