# DISCOVER

Discover it® Card
Account number ending in 5327
Open Date: Aug 25, 2017 - Close Date: Sep 24, 2017
Cardmember Since 2016

Page 5 of 6

**Greg**, your FICO® Credit Score is **725** as of **09/18/2017**

Good News! Your FICO® Credit Score indicates to lenders that you are a good borrower.



### Your FICO® Credit Score History

| Range | Category |
|---|---|
| Exceptional | 800 - 850 |
| Very Good | 740 - 799 |
| Good | 670 - 739 |
| Fair | 580 - 669 |
| Poor | 300 - 579 |

Scores by month:
- 10/16: 684
- 11/16: 670
- 12/16: 690
- 01/17: 699
- 02/17: 699
- 03/17: 685
- 04/17: 698
- 05/17: 685
- 06/17: 694
- 07/17: 710
- 08/17: 714
- 09/17: 725

**Important Information:**
- We may not always receive a score for you each month, so there may be months with no scores.
- For questions on the availability of your score go to the "Information For You" section of this statement.

Starting in 2018, your FICO® Credit Score history chart will only be available in your statements every Jan, Apr, Jul and Oct. It will continue to be available any time both online and on mobile.

FICO® Credit Scores consider the following for the general population:



- 35% Payment History
- 30% Amounts Owed
- 15% Length of Credit
- 10% New Credit
- 10% Credit Mix

See FICO® Credit Score Terms on the 'Information For You' section of this statement

© 2017 Discover Bank, Member FDIC

CODE_SUM_0317

