

# Transaction History

Standard Savings
Account ending in 4202

Date Printed: 10/10/17
Printed By: KADESP1
Page 1 of 1

| ACCOUNT BALANCE | AVAILABLE BALANCE |
|---|---|
| $8,787.65 | $8,787.65 |

| Post Date Trans Time | Trace ID/Ref Num | Description | Check # | Debit | Credit | Account Balance | Available Balance | Unavailable Funds |
|---|---|---|---|---|---|---|---|---|
| 10-10-17 07:49:00 AM | 074927171009 | MOBILE TRANSFER DEBIT | | $300.00 | $0.00 | $8,787.65 | $8,787.65 | |
| 10-04-17 03:58:00 PM | 155810171004 | MOBILE TRANSFER DEBIT | | $100.00 | $0.00 | $9,087.65 | $9,087.65 | |
| 10-04-17 01:47:00 AM | 17276002694286000 | PAYROLL 9008838905 731668000184 | | $0.00 | $678.75 | $9,187.65 | $9,187.65 | |
| 09-27-17 04:53:00 AM | 045346170927 | MOBILE PMT TO CREDIT CARD | | $300.00 | $0.00 | $8,508.90 | $8,508.90 | |
| 09-27-17 01:35:00 AM | 17269003549190000 | PAYROLL 9008838905 730622000347 | | $0.00 | $589.28 | $8,808.90 | $8,808.90 | |
| 09-26-17 12:23:00 AM | -117092600002471 | INTEREST PAYMENT GENERATED (INT BEARING) | | $0.00 | $0.15 | $8,219.62 | $8,219.62 | |
| 09-26-17 09:57:00 AM | 095721170926 | MOBILE TRANSFER DEBIT | | $500.00 | $0.00 | $8,219.47 | $8,219.47 | |
| 09-21-17 03:44:00 PM | 154446170921 | MOBILE TRANSFER DEBIT | | $200.00 | $0.00 | $8,719.47 | $8,719.47 | |
| 09-20-17 08:52:00 AM | 085254170920 | MOBILE PMT TO CREDIT CARD | | $150.00 | $0.00 | $8,919.47 | $8,919.47 | |
| 09-20-17 01:41:00 AM | 17261009349530000 | PAYROLL 9008838905 729678000083 | | $0.00 | $596.48 | $9,069.47 | $9,069.47 | |
| 09-14-17 01:51:00 PM | 135124170914 | MOBILE TRANSFER DEBIT | | $200.00 | $0.00 | $8,472.99 | $8,472.99 | |
| 09-13-17 03:56:00 PM | 155638170913 | MOBILE PMT TO CREDIT CARD | | $150.00 | $0.00 | $8,672.99 | $8,672.99 | |
| 09-13-17 01:49:00 AM | 17255003150099000 | PAYROLL 9008838905 728706000054 | | $0.00 | $634.51 | $8,822.99 | $8,822.99 | |
| 09-11-17 12:04:00 PM | 120430170909 | MOBILE TRANSFER DEBIT | | $150.00 | $0.00 | $8,188.48 | $8,188.48 | |
| 09-06-17 01:56:00 AM | 17249006533998000 | PAYROLL 9008838905 727895000344 | | $0.00 | $808.56 | $8,338.48 | $8,338.48 | |
| 09-01-17 05:32:00 AM | 053259170901 | MOBILE TRANSFER DEBIT | | $200.00 | $0.00 | $7,529.92 | $7,529.92 | |
| 08-30-17 01:50:00 AM | 17241004519343000 | PAYROLL 9008838905 726948000058 | | $0.00 | $589.28 | $7,729.92 | $7,729.92 | |
| 08-28-17 12:20:00 AM | 19308056335918 | CUSTOMER DEPOSIT | | $0.00 | $1,055.58 | $7,140.64 | $7,140.64 | |
| 08-28-17 08:42:00 AM | 084217170826 | MOBILE TRANSFER DEBIT | | $350.00 | $0.00 | $6,085.06 | $6,085.06 | |
| 08-23-17 01:35:00 AM | 17234004903559000 | PAYROLL 9008838905 726023000068 | | $0.00 | $370.23 | $6,435.06 | $6,435.06 | |
| 08-16-17 04:22:00 PM | 162217170816 | MOBILE TRANSFER DEBIT | | $300.00 | $0.00 | $6,064.83 | $6,064.83 | |
| 08-16-17 04:23:00 AM | 042321170816 | MOBILE PMT TO CREDIT CARD | | $150.00 | $0.00 | $6,364.83 | $6,364.83 | |
| 08-16-17 04:20:00 AM | 042045170816 | MOBILE TRANSFER DEBIT | | $100.00 | $0.00 | $6,514.83 | $6,514.83 | |
| 08-16-17 01:38:00 AM | 17226013724539000 | PAYROLL 9008838905 725112000023 | | $0.00 | $713.30 | $6,614.83 | $6,614.83 | |
| 08-09-17 04:04:00 AM | 040458170809 | MOBILE PMT TO CREDIT CARD | | $200.00 | $0.00 | $5,901.53 | $5,901.53 | |
| 08-09-17 01:47:00 AM | 17219013073668000 | PAYROLL 9008838905 724162000022 | | $0.00 | $577.67 | $6,101.53 | $6,101.53 | |
| 08-02-17 04:06:00 AM | 040647170802 | MOBILE PMT TO CREDIT CARD | | $100.00 | $0.00 | $5,523.86 | $5,523.86 | |
| 08-02-17 01:38:00 AM | 17213011303814000 | PAYROLL 9008838905 723260000021 | | $0.00 | $744.25 | $5,623.86 | $5,623.86 | |
| 07-31-17 12:00:00 AM | 23768059025640 | TELLER SAVINGS WITHDRAWAL | | $2,500.00 | $0.00 | $4,879.61 | $4,879.61 | |
| 07-31-17 02:20:00 PM | 142056170729 | MOBILE TRANSFER DEBIT | | $500.00 | $0.00 | $7,379.61 | $7,379.61 | |

This is informational only. It does not constitute your official statement.

Form TRHIST 092012

U.S. Bank
Customer Confidential

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

FLYNN MIDWEST LP
8601 E US HIGHWAY 40
KANSAS CITY MO 64129-1637

14044827
ORG1:829 FMW-Des Moines
EE ID: 11746 DD

| 09/27/2017 | 49315 |
|---|---|
| DATE | CHECK NO. |

PAY TO THE ORDER OF

GREG A JOHNSON
2804 OXFORD
DES MOINES IA 50313

Total Net Direct Deposit(s)
**$589.28**
AMOUNT

VOID THIS IS NOT A CHECK ........................................ DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Greg A Johnson
2804 Oxford
Des Moines, IA 50313
**Soc Sec #:** xxx-xx-xxxx **Employee ID:** 11746

**Home Department:** 829 FMW-Des Moines

**Pay Period:** 09/18/17 **to** 09/24/17
**Check Date:** 09/27/17 **Check #:** 49315

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 4202 | 589.28 | 19608.72 |
| **NET PAY** | **589.28** | **19608.72** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 33.00 | 26.3400 | 869.22 | 1053.00 | 27462.66 |
| Doubletime | | | | 6.00 | 306.96 |
| Overtime | | | | 31.50 | 1252.17 |
| Pension -Memo | | | M100.98 | | M3336.93 |
| US Appre-Memo | | | M8.91 | | M200.92 |
| US H&W-1-Memo | | | M280.17 | | M9258.39 |
| US Train-Memo | | | M0.99 | | M33.40 |
| **Total Hours** | 33.00 | | | 1090.50 | |
| **Gross Earnings** | | | 869.22 | | 29021.79 |
| **Total Hrs Worked** | 33.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 53.89 | 1799.35 |
| Medicare | | 12.61 | 420.82 |
| Fed Income Tax | S 0 | 124.30 | 4270.83 |
| IA Income Tax | 0 | 39.00 | 1284.00 |
| **TOTAL** | | 229.80 | 7775.00 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Dues Hourly $ | 37.29 | 1153.57 |
| Dues Mthly Opt | | 37.40 |
| Intl Dues-Hrly- | 4.29 | 141.81 |
| US Dues-Hourly- | | 22.60 |
| US Dues-Weekly | 6.25 | 231.25 |
| US Org Hrly Fun | 2.31 | 51.44 |
| **TOTAL** | 50.14 | 1638.07 |

| **NET PAY** | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **589.28** | **19608.72** |

S0715812409

ENDORSE CHECK HERE

X

DO NOT WRITE SIGN/STAMP BELOW THIS LINE

DEPOSITORY BANK ENDORSEMENT

Please look for the following additional check security features before accepting this document. IF NOT PRESENT, DO NOT NEGOTIATE THE DOCUMENT.

- **Abrasion ink** - Gently scratch inside box above with a coin to see the word Paychex
- **Laid lines** on the back of the check should be in alignment or the check is not authentic - watch for cut and paste
- **Thermochromic ink** - Blue Paychex logo below fades from blue to clear when activated by heat, breathe or rub briskly to activate.

PAYCHEX

- "Paychex" **watermark** is viewable when document is held at an angle
- **Security void pattern** on front if copied

Padlock design is a certification mark of Check Payment Systems Association

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

FLYNN MIDWEST LP
8601 E US HIGHWAY 40
KANSAS CITY MO 64129-1637

1404-4827
ORG1:829 FMW-Des Moines
EE ID: 11746 DD

| DATE | CHECK NO. |
|---|---|
| 10/04/2017 | 49681 |

Payrolls by Paychex, Inc.

PAY TO THE ORDER OF

GREG A JOHNSON
2804 OXFORD
DES MOINES IA 50313

Total Net Direct Deposit(s)
**$678.75**
AMOUNT

VOID THIS IS NOT A CHECK ........................................ DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Greg A Johnson
2804 Oxford
Des Moines, IA 50313
**Soc Sec #:** xxx-xx-xxxx **Employee ID:** 11746

**Home Department:** 829 FMW-Des Moines

**Pay Period:** 09/25/17 **to** 10/01/17
**Check Date:** 10/04/17 **Check #:** 49681

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 4202 | 678.75 | 20287.47 |
| **NET PAY** | **678.75** | **20287.47** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 39.00 | 26.3400 | 1027.26 | 1092.00 | 28489.92 |
| Doubletime | | | | 6.00 | 306.96 |
| Overtime | | | | 31.50 | 1252.17 |
| Pension -Memo | | | M119.34 | | M3456.27 |
| US Appre-Memo | | | M10.53 | | M211.45 |
| US H&W-1-Memo | | | M331.11 | | M9589.50 |
| US Train-Memo | | | M1.17 | | M34.57 |
| **Total Hours** | 39.00 | | | 1129.50 | |
| **Gross Earnings** | | | 1027.26 | | 30049.05 |
| **Total Hrs Worked** | 39.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 63.69 | 1863.04 |
| Medicare | | 14.89 | 435.71 |
| Fed Income Tax | S 0 | 163.81 | 4434.64 |
| IA Income Tax | 0 | 48.00 | 1332.00 |
| **TOTAL** | | 290.39 | 8065.39 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Dues Hourly $ | 44.07 | 1197.64 |
| Dues Mthly Opt | | 37.40 |
| Intl Dues-Hrly- | 5.07 | 146.88 |
| US Dues-Hourly- | | 22.60 |
| US Dues-Weekly | 6.25 | 237.50 |
| US Org Hrly Fun | 2.73 | 54.17 |
| **TOTAL** | 58.12 | 1696.19 |

| **NET PAY** | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **678.75** | **20287.47** |

Payrolls by Paychex, Inc.

**0940 1404-4827** Flynn Midwest LP • 8601 E Us Highway 40 • Kansas City MO 64129-1637 • (204) 987-7140

ENDORSE CHECK HERE

X

DO NOT WRITE SIGN/STAMP BELOW THIS LINE

DEPOSITORY BANK ENDORSEMENT

Please look for the following additional check security features before accepting this document. IF NOT PRESENT, DO NOT NEGOTIATE THE DOCUMENT.

- **Abrasion Ink** - Gently scratch inside box above with a coin to see the word Paychex
- **Laid lines** on the back of the check should be in alignment or the check is not authentic - watch for cut and paste.
- **Thermochromic Ink** - Blue Paychex logo below fades from blue to clear when activated by heat, breathe or rub briskly to activate.
- "Paychex" **watermark** is viewable when document is held at an angle
- **Security void pattern** on front if copied

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC