M 142-967321

Union Meetings the 4th Tuesday of the month.

Position Held JourNeymAN

Greg A Johnson                    319670
2804 Oxford St
Des Moines, IA 50313-4808

Comment:

Flynn Midwest                              Check/CC: 28393

Balance:    $0.00      Tender  Check

**UNITED UNION OF ROOFERS, WATERPROOFERS & ALLIED WORKERS, AFL-CIO**

| M 142-967321 | IDENTIFICATION NUMBER | 319670 |
| LOCAL 142 | DATE 08/31/2017 | AMOUNT $188.59 |
| RECEIVED OF | Greg A Johnson | |
| PAID THROUGH | 8/2017 | MONTHS PAID 1 |
| B DUES $25.00 | C ASSESSMENT $154.98 | C FINES | D MISCELLANEOUS $8.61 |
| E INVESTMENT | F RE-ENROLLMENT | F WITHDRAWAL | F INITIATION FEE |
| DUE INT'L OFFICE $21.00 | Ray Slack | | FINANCIAL SECRETARY |

UNITED UNION OF ROOFERS
WATERPROOFERS AND ALLIED WORKERS

**MEMBERSHIP CERTIFICATE**

NAME              Greg A Johnson
CARD NO.          319670
INITIATION DATE   01-Dec-2016
CLASSIFICATION    Journeyman

LOCAL UNION       142  Des Moines IA

Kinsey M. Robinson                  Robert J. Danley
International President             International Secretary-Treasurer