Classes and schooling Taken



Classes and Schooling Taken

Training Date: 4-28-17   Expiration Date: 4-28-20

- [ ] A92.3 Manually Propelled
- [x] A92.5 Boom Supported
- [x] A92.5 80-185Ft
- [x] A92.6 Self-Propelled Scissor
- [ ] A92.2 Vehicle Mounted

STEVEN WOODS
*Instructor Name*

*Instructor Signature*

CONTRACTOR SALES + SERVICE
*Instructor Employer*

Training Date: 4-28-17   Expiration Date: 4-28-20

- [x] ITA Class 1,4,5 Forklift
- [x] ITA Class 7 Forklift

STEVEN WOODS
*Instructor Name*

*Instructor Signature*

CONTRACTOR SALES & SERVICE
*Instructor Employer*


**OSHA** Training Institute Education Centers
Metropolitan Community College

816-604-5416
MCCKC.EDU/OSHA

OSHA recommends Outreach Training Courses as an orientation to occupational safety and health for workers. Participation is voluntary. Workers must receive additional training on specific hazards of their job. This course completion card does not expire.

Use or distribution of this card for fraudulent purposes, including false claims of having received training, may result in prosecution under 18 U.S.C. 1001. Potential penalties include substantial criminal fines, imprisonment up to 5 years, or both.

To verify this training, scan the QR code with your mobile device



Rev. 1/2016