Form MCSA-5876 (Revised: 12/06/2015)                                                                                          OMB No. 2126-0006   Expiration Date: 8/31/2018

**Public Burden Statement**
A federal agency may not conduct or sponsor, and a person is not required to respond to, nor shall a person be subject to a penalty for failure to comply with a collection of information subject to the requirements of the Paperwork Reduction Act unless that collection of information displays a current valid OMB Control Number. The OMB Control Number for this information collection is 2126-0006. Public reporting for this collection of information is estimated to be approximately 1 minute per response, including the time for reviewing instructions, gathering the data needed, and completing and reviewing the collection of information. All responses to this collection of information are mandatory. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to: Information Collection Clearance Officer, Federal Motor Carrier Safety Administration, MC-RRA, 1200 New Jersey Avenue, SE, Washington, D.C. 20590.

U.S. Department of Transportation
Federal Motor Carrier
Safety Administration

**Medical Examiner's Certificate**
(for Commercial Drive Medical Certification)

*D.O.T Medical Card*

I certify that I have examined  Last Name: **Johnson**   First Name: **Greg**   in accordance with *(please check only one)*:

● the Federal Motor Carrier Safety Regulations (49 CFR 391.41-391.49) and, with knowledge of the driving duties, I find this person is qualified, and, if applicable, only when *(check all that apply)* **OR**
○ the Federal Motor Carrier Safety Regulations (49 CFR 391.41-391.49) with any applicable State variances (which will only be valid for intrastate operations), and, with knowledge of the driving duties, I find this person is qualified, and, if applicable, only when *(check all that apply)*:

☐ Wearing corrective lenses    ☐ Accompanied by a _____ waiver/exemption    ☐ Driving within an exempt intracity zone (49 CFR 391.62) *(Federal)*
☐ Wearing hearing aid    ☐ Accompanied by a Skill Performance Evaluation (SPE) Certificate    ☐ Qualified by operation of 49 CFR 391.64 *(Federal)*
                                                                                             ☐ Grandfathered from State requirements *(State)*

The information I have provided regarding this physical examination is true and complete. A complete Medical Examination Report Form, MCSA-5875, with any attachments embodies my findings completely and correctly, and is on file in my office.

Medical Examiner's Certificate Expiration Date: **6/9/18**

Medical Examiner's Signature: *Carlos Moe*

Medical Examiner's Telephone Number: **515.265.1020**

Date Certificate Signed: **6/9/17**

Medical Examiner's Name (please print or type)
**Carlos Moe D.O.**

○ MD    ○ Physician Assistant    ○ Advanced Practice Nurse
● DO    ○ Chiropractor    ○ Other Practitioner *(specify)* _____

Medical Examiner's State License, Certificate, or Registration Number
**04754**

Issuing State
**IA**

National Registry Number
**3161336013**

Driver's Signature: *Greg Johnson*

Driver's License Number: **869AK7271**

Issuing State/Province: **IA**

Driver's Address
Street Address: **2804 OXFORD**    City: **DM**    State/Province: **IA**    Zip Code: **50315**

CLP/CDL Applicant/Holder
● Yes ○ No

**IOWA**
USA IA

**COMMERCIAL DRIVER LICENSE**
JOHNSON
GREG ALLEN
2804 OXFORD ST
DES MOINES, IA 50313
DL No. 869AK7271
Iss 08/03/2017    EXP 01/27/2021
Class A    End LN
Restrictions
NONE
Sex M
Hgt 5'-11"
Eyes BLU
DOB 01/27/1962
DD 620238542JG1003M270121D

① Drivers license
② Motorcycle
③ Class B Chauffer
④ Class A, Commercial Drivers License
⑤ Tanker