**FLYNN MIDWEST LP**
1922 Delaware Ave. Des Moines, Iowa 50317
T: 515.423.5212  F: 515.265.4330  bill.heiss@flynncompanies.com

Bill Heiss

Superintendent

Flynn Midwest LP

1922 Delaware Av

Des Moines, Iowa 50317


Attn: U.S. District Court


To whom it may concern,

This letter is in regards to Greg Johnson who is currently employed with our company Flynn Midwest LP. I do realize that Greg has a criminal history and was sentenced to a term of imprisonment at that time.

Following Greg Johnson's term he has proven to show positive and consistent changes in his life. Greg has completed all of his legal requirements including but not limited to multiple substance abuse classes, as well as other programs that he chose to do on his own. Greg is subject to random drug and alcohol screening, which is strictly enforced by our safety and compliance division as well as the Iowa Department of Transportation. Greg has always passed every screening that he has been asked to do.

Greg has been an asset to Flynn Midwest LP, demonstrating daily efficient and effective work ethic and skills. Greg has been a role model to Flynn employees and many others that he has worked with in the industry and on the job sites. Implementing safety and hard work in his every day performance.

Flynn Midwest LP has had the privilege of observing his progress, growth and development. Greg has demonstrated a strong desire to challenge himself and make positive changes mentally, physically, emotionally and intellectually.

As I am sure you are aware, Mr. Johnson has a strong work ethic and rises to meet challenges and goals that he sets before him. He has proven to be dependable always showing up on time with all the tools he needs to do his job daily. Greg is currently the union steward for our Des Moines Branch and acts as a liaison assisting our union employees daily.

I have no reservation in highly recommending Greg to continue to work with Flynn Midwest LP and all its partners, job sites and affiliates of any kind. I am convinced that he will continue to be a valuable asset and example as an employee of Flynn Midwest LP. However, due to Greg Johnson's status of currently being on Federal probation this has hindered Greg from being able to pursue opportunities at a higher caliber within our company and has prevented him from being allowed to work on certain projects. Taking this into consideration, we hope that there is an opportunity for Greg's probation to be reduced which will allow him more opportunities for advancement with Flynn Midwest LP as well as the opportunity to work with partners of Flynn Midwest LP that otherwise he may be restricted from working with.

Please feel free to contact me directly at 515-265-4330 should you have any questions.

Respectfully,

Bill Heiss

Superintendent

*Bill Heiss* (signature)



**FLYNN MIDWEST LP**
1922 Delaware Ave. Des Moines, Iowa 50317
T: 515.423.5212  F: 515.265.4330  bill.heiss@flynncompanies.com