**Jess Brown**

**From:** Moeller, Deb <deb.moeller@iowa.gov>
**Sent:** Tuesday, October 10, 2017 11:11 AM
**To:** Jess Brown; Smith, David; Howk, Jeremy [DOC]; Sara Menke; Kirchner Jr, Randy
**Subject:** Re: Background screening

NCIC check has been completed and he is denied. Packet sent to Randy.

On Mon, Oct 9, 2017 at 8:45 AM, Jess Brown <jess.brown@flynncompanies.com> wrote:

Good morning Deb,

Could you submit this for me please.

Thank you,

**Jess Brown**
Branch Administrator
Flynn Midwest LP
A member of the Flynn Group of Companies



**Total Building Envelope**
T. 1.515.265.4330
C. +1.515.423.5212
jess.brown@flynncompanies.com
www.flynncompanies.com

1922 Delaware
Des Moines, Iowa, 50317

--

1