IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | NO. 4:01-cr-00111-SMR |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| GREG ALLEN JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

Having consulted the report submitted by U.S. Probation Officer Ella Meyer, it is ORDERED that Defendant Greg Allen Johnson's "Motion for Termination of Supervised Release" [ECF No. 165], is **GRANTED**.

Dated this 28th day of November, 2017.

STEPHANIE M. ROSE
UNITED STATES DISTRICT JUDGE